JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWYAN WILLIAMS,<br><br>            Petitioner,<br><br>    v.<br><br>M. JUNIOUS, Warden,<br><br>            Respondent. | Case No. CV 10-500-PSG (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: January 12, 2011

                                            HONORABLE PHILIP S. GUTIERREZ
                                            United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge